IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 11-14258

---

D. C. Docket No. 2:10-cv-02142-JHH

SHERRY ROSS,

Plaintiff-Appellant,

versus

JEFFERSON COUNTY DEPARTMENT OF HEALTH,

Defendant-Appellee.

---

Appeal from the United States District Court
for the Northern District of Alabama

---

**ORDER FOR REHEARING EN BANC**

Before DUBINA, Chief Judge, TJOFLAT, CARNES, BARKETT, HULL, MARCUS, WILSON, PRYOR, MARTIN and JORDAN, Circuit Judges.

BY THE COURT:

The court having been polled at the request of one of the members of the Court and a majority of the Circuit Judges who are in regular active service not

having voted in favor of it (Rule 35, Federal Rules of Appellate Procedure), the

Suggestion of Rehearing En Banc is **DENIED.**

CHIEF JUDGE